UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.12-MC-60596-WILLIAMS

UNITED STATES OF AMERICA,

        Petitioner,

vs.

RENAL ROBERTY,

        Respondent.
_____/

## NOTICE OF DISMISSAL

The petitioner, United States, by and through its undersigned Assistant United States Attorney, hereby files its notice of dismissal pursuant to Fed. R. Civ. P. 41 (a) (1) (A) and states the following:

1.    On April 3, 2012, the petitioner filed a Petition to Enforce Internal Revenue Service Summons (DE 1).  By order entered April 6, 2012, the court entered an order to show cause setting a hearing for May 22, 2012 at 10:30 a.m. before the Honorable Kathleen M. Williams.  On May 21, 2012, the court entered an order referring the May 22, 2012 hearing to Honorable Magistrate Judge William C. Turnoff.

2.    During the afternoon, May 21, 2012, the undersigned received a telephone call from Internal Revenue Officer Joseph Wronski advising that the respondent taxpayer had complied with the summons and provided his income tax returns for the tax years of 2006, 2007, 2009, and 2010.

3.    Upon learning of the taxpayer's compliance, the undersigned telephoned the chambers of Magistrate Judge Turnoff to advise of the taxpayer's compliance and to advise that the hearing would not be necessary.  The court issued an order canceling the hearing.

WHEREFORE, based upon the foregoing, the petitioner hereby dismisses the case.

Dated: May 23, 2012　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　WIFREDO A. FERRER
　　　　　　　　　　　　　　　　　　　UNITED STATES ATTORNEY


　　　　　　　　　　　　　　By:　　*s/ Karin D. Wherry*
　　　　　　　　　　　　　　　　　　KARIN D. WHERRY
　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　Florida Bar No. 509530
　　　　　　　　　　　　　　　　　　Karin.Wherry@usdoj.gov
　　　　　　　　　　　　　　　　　　99 N.E. 4th Street, Third Floor
　　　　　　　　　　　　　　　　　　Miami, Florida  33132
　　　　　　　　　　　　　　　　　　Tel:  (305) 961-9016
　　　　　　　　　　　　　　　　　　Fax: (305) 530-7139


**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this May 23, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.


　　　　　　　　　　　　　　　　　　*s/Karin D. Wherry*
　　　　　　　　　　　　　　　　　　KARIN D. WHERRY
　　　　　　　　　　　　　　　　　　Assistant United States Attorney

## SERVICE LIST

Renal Roberty
2989 SW 163rd Ave.
Miramar, FL 33027